**PHH MORTGAGE SERVICES**
1 MORTGAGE WAY
Mt. Laurel, New Jersey 08054

OFFICE OF THE CHAPTER 13 TRUSTEE
MONTGOMERY, ALABAMA

JUN 08 2020

MIDDLE DISTRICT OF ALABAMA

June 1, 2020

Sabrina L MCKinney
Chapter 13 Trustee
Middle District of Alabama
PO Box 173
Montgomery AL 36101-0173

Dear Client:
   Loan Number ██████0445 ( Moore ) Case #1831365

Please be advised that we have received the following Check(s) for payment on your account. At this time we are unable to process this payment.

We are returning this payment for the following reason…

- **Loan Paid in Full**

As a company that is dedicated to treating customers like family, we welcome your calls and letters. If you should require any further assistance, please contact us at 1-800-446-0964.

Sincerely,

Cash Management Team
Mortgage Service Center

**CLAIM REDUCTION**
CASE 18-31365
TRUSTEE CL # 4    COURT CL # 7
REDUCED TO AMOUNT PAID
6/22/2020   CHR

Enclosures

| Type of Payment | Amount | CHECK NO. |
|---|---|---|
| CHECK | 139.72 | Trustee ck# 3305254 |

🔒 WARNING: CHECK PRINTED IN GREEN AND RED PRISMATIC PANTOGRAPH ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**SABRINA L. McKINNEY   STANDING CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 173
MONTGOMERY, AL 36101-0173
PH. 334-262-8371




64-79/611     3305254
3305254
DATE: May 21, 2020

551010

PAY Exactly One Hundred Thirty Nine And 72 / 100 Dollars

$ ********139.72

VOID 60 DAYS AFTER DATE

TO THE ORDER OF
THE BANK OF NEW YORK MELLON TRUST COMPANY NA
C/O OCWEN LOAN SVC LLC ATTN: CASHIERING DEPT
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL 33409

⑈3305254⑈ ⑆061100790⑆ 880051688⑈

SABRINA L. McKINNEY     STANDING CHAPTER 13 TRUSTEE

Payee: THE BANK OF NEW YORK MELLON TRUST COMPANY NA
C/O OCWEN LOAN SVC LLC ATTN: CASHIERING DEPT
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL 33409

Check #.: 3305254     3305254
Date: May 21, 2020
Creditor #: 551010

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 1831365 | 00004 | AMANDA ROSE MOORE | 0445 2ND MTG ARRS | 139.72 | 0.00 | 1,363.12 |
| | | | TOTALS | 139.72 | 0.00 | 1,363.12 |

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***